### WILBUR *against* How.

<div style="float:left; width:30%;">Where the contract or job for making a road, was put up for sale at auction, and A. and B. agreed that one of them should bid. and if the contract should be struck off to the one bidding, the other should have an equal share in it, and it was struck off to B. against whom A. afterwards brought an action for a breach of the agreement between them; it was held, that the agreement was without consideration, and void.</div>

IN error, on *certiorari*, from a justice's court.

*How* brought his action against *Wilbur* before the justice. The plaintiff in his declaration stated, that a contract or job, for making a certain road, was set up at auction, and it was agreed between the plaintiff and defendant, that if either of the parties should bid off the job, it should be divided between them; and that *Wilbur* bid off the job, but refused to give *How* a share in it according to his agreement, for the breach of which the plaintiff claimed damages, and the jury found a verdict for the plaintiff for twenty dollars, on which the justice gave judgment.

*Per Curiam.* This case comes within the principle laid down in *Doolin* v. *Ward.* (6 *Johns. Rep.* 194.) The contract was a *nudum pactum*, and a fraud on the vendor. The judgment below must be reversed.

<div align="right">Judgment reversed.</div>